# United States District Court

_____ FOR THE __ DISTRICT OF __ PUERTO RICO _____

UNITED STATES OF AMERICA

v.

DIEGO GONZALEZ HERNANDEZ,
also known as "Enano" and "Cascarrabias"

**WARRANT FOR ARREST**

CASE NUMBER: 98-162 (M)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DIEGO GONZALEZ HERNANDEZ__
                                                       Name
and bring him forthwith to the nearest magistrate to answer a(n)

__ Indictment    __ Information    _x_ Complaint    __ Order of court    __ Violation Notice    __ Probation Violation Petition

charging him with (brief description of offense)

A conspiracy to import to the District of Puerto Rico and to possess with the intent to distribute in excess of five (5) kilograms of narcotic drug, controlled substance cocaine and with aiding and abetting each other, in the use of a communication facility, that is the telephone to facilitate the commission of a drug trafficking offense;

all in violation of Title 21, United States Code, Section(s) 963, 846, 841(a)(1), and 843(b) and Title 18, United States Code, Section 2.

J.A. Castellanos                    U.S. Magistrate Judge
Name of Issuing Officer              Title of Issuing Officer

[Signature]                          June 19, 1998, Hato Rey, P.R.
Signature of Issuing Officer         Date and Location

Bail fixed at $ __no bail__ by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 6-19-1998 | Name and Title of Arresting Officer USMS - Miami, FL. DETAINER LODGED | Signature of Arresting Officer FOR: R Vizcarrondo |
|---|---|---|
| Date of Arrest 7-27-1999 | | |

AO 442 (Rev. 12/85) Warrant for Arrest